IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| v. | ) | |
| ANGEL M. KOSKI, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to extend deadline, filing no. 68, is granted and the deadline for defendant Koski to file pretrial motions is extended to January 5, 2009

DATED this 3rd day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge