IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-8 |
| | ) | |
| V. | ) | |
| | ) | |
| ANGEL M. KOSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to reconsider order for mental evaluation against the defendant and request for new hearing (filing 143) is denied.

DATED this 30th day of March, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge