IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-8 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGEL M. KOSKI, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Clerk shall file the attached updated report from the Federal Medical Center, Carswell, dated April 28, 2009, and cover letter dated April 30, 2009.

(2) The Clerk shall provide a copy of this order and the updated report to counsel of record for the government and *all* defendants, and to the United States Marshal.

(3) The undersigned's judicial assistant shall arrange a telephone conference with defense counsel Theresa Siglar, government's counsel Matt Molsen, psychologists Tami Yanez and/or Robert Gregg, and Supervising United States Marshal Ryan Thompson, to discuss the updated report.

May 4, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge