IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-8 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGEL M. KOSKI, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

IT IS ORDERED that a telephone conference with defense counsel Theresa Siglar, government's counsel Matt Molsen, defendant Angel Koski, psychologist Tami Yanez, and Supervising United States Marshal Ryan Thompson is set on Wednesday, May 20, 2009, at 1:00 p.m. Central time.  The undersigned's judicial assistant will coordinate the call.

May 12, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge