IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-8 |
| | ) | |
| V. | ) | |
| | ) | |
| ANGEL M. KOSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After considering the views of the experienced U.S. Pretrial Services Officer, and the defendant's prior history of noncompliance,

IT IS ORDERED that the motion for reconsideration (filing 255) submitted by the defendant is denied.

DATED this 18th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge