IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ANGEL M. KOSKI, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

In light of the fact that a hearing on the defendant's desire to enter a guilty plea has been set for September 4, 2009,

IT IS ORDERED that the status telephone conference concerning competency and related inquiries scheduled for August 27, 2009, is canceled with the understanding that the question of competency will be considered on September 4, 2009.

DATED this 24th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge