IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-8 |
| | ) | |
| V. | ) | |
| | ) | |
| ANGEL M. KOSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The undersigned received the attached evaluation in the mail. Accordingly,

IT IS ORDERED that the Clerk shall file the attached evaluation under seal and provide a copy only to Defendant Koski's lawyer, government's counsel, and the probation officer.

DATED this 22nd day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge