IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-8 |
| | ) | |
| V. | ) | |
| | ) | |
| ANGEL M. KOSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court shall file under seal the United States Probation Officer's email note and the defendant's statement.

DATED this 3rd day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge