IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGEL M. KOSKI, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

The government has filed an unopposed motion to continue sentencing (filing 324), and defense counsel has filed a motion to allow the defendant to leave detention to receive drug and substance-abuse treatment (filing 325).

IT IS ORDERED:

1. The government's unopposed motion to continue sentencing (filing 324) is granted, and the sentencing set for 12:30 p.m. on Tuesday, November 24, 2009, is continued until further order of the court;

2. The parties shall contact Kris Leininger in the chambers of the undersigned United States district judge on Tuesday, December 1, 2009, to reschedule this matter;

3. Defense counsel's motion to allow the defendant to leave detention to receive drug and substance-abuse treatment (filing 325) is denied.

DATED this 24th day of November, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge