IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-8 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ANGEL M. KOSKI, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have received Ms. Koski's letter requesting that I appoint another lawyer for her appeal. I lack the power to do so. Accordingly,

IT IS ORDERED that:

(1) The Clerk shall file Ms Koski's letter.

(2) The letter, treated as a motion, is denied.

(3) The Clerk shall forward a copy of this order and Ms. Koski's letter to the Clerk of the Court of Appeals.

DATED this 8th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge