IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| V. | ) | |
| ANGEL M. KOSKI, | ) | ORDER |
| Defendant. | ) | |

I have been made aware that Ms. Koski has breast cancer, underwent a mastectomy, and is currently undergoing chemotherapy.

After consultation with her supervising Probation Officer.

IT IS ORDERED that:

(1)  Ms. Koski's supervised release is herewith terminated.

(2)  The Clerk of Court shall send a copy of this order to the defendant at her last known address and to United States Probation Officer Michelle McNamara.

DATED this 2nd day of December, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge